In the Matter of FRANCIS T. McENENY, Appellant, against JOSEPH V. McKEE, as President of the Board of Aldermen of the City of New York, Respondent.

(Argued April 24, 1933; decided May 23, 1933.)

*Louis P. Brown* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (J. Joseph Lilly, William E. C. Mayer* and *Henry J. Shields* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.